AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ROBERTO SCHIRDEWAHN AKA ROBERT BLANC, <br><br> *Plaintiff(s)* <br> v. <br> DISTRICT MEDIA, LLC, <br><br> *Defendant(s)* | Civil Action No. <br><br> 16CV21846-Cooke/Torres |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DISTRICT MEDIA, LLC
ATTN: ROMAIN ANGELETTI, REGISTERED AGENT
407 LINCOLN ROAD, SUITE 701
MIAMI BEACH, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MELISSA A. CLARK, ESQ.
HIGBEE & ASSOCIATES
1504 BROOKHOLLOW, SUITE 113
SANTA ANA, CA 92705

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 24, 2016



Steven M. Larimore
Clerk of Court

SUMMONS

s/ S. Reid
Deputy Clerk
U.S. District Courts